**Opinion issued November 21, 2012**



In The

# Court of Appeals
**For The**
# First District of Texas

---

**NO. 01-11-01066-CV**

---

**LIDIA CLARK AND KENNETH CLARK, Appellants**

**V.**

**U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE STRUCTURED ASSET INVESTMENT LOAN TRUST 2005-6, Appellee**

---

**On Appeal from the County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Cause No. 1000493**

---

## MEMORANDUM OPINION

Appellants, Lidia Clark and Kenneth Clark, have failed to timely file a brief.

*See* TEX. R. APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure

of appellant to file brief).   After being notified that this appeal was subject to dismissal, appellants did not respond.   *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal of case).

We dismiss the appeal for want of prosecution for failure to timely file a brief.

We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Massengale, and Brown.